IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WYRICK,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>D. K. SISTO, Warden,<br><br>　　　　Respondent. | No. C 03-5623 JSW (PR)<br><br>**ORDER DENYING MOTION TO AMEND PETITION**<br><br>(Docket No. 24) |

　　　　Petitioner, a California prisoner, filed this action for a writ of habeas corpus under 28 U.S.C. §2254. Respondent filed an answer on September 22, 2004 (docket no. 13). Petitioner filed a traverse on March 18, 2005 (docket no. 21). On October 12, 2006, Petitioner filed a motion seeking to stay the petition, pending his exhaustion of additional claims in state court (docket no. 22). On November 22, 2006, this Court denied the motion, finding that Petitioner had failed to meet the standard for establishing entitlement to such a stay under the holding of *Rhines v. Webber*, 125 S. Ct. 1528 (2005). On December 7, 2006, Petitioner filed an amended petition and a motion seeking leave to amend, without any further allegations establishing his entitlement to such a stay. On March 9, 2007, this Court rendered a decision, denying the petition and entering judgment in favor of Respondent. However, the Court inadvertently failed to explicitly deny Petitioner's motion to amend. As such, Petitioner's motion is DENIED for the reasons set forth in this Court's order denying a stay (docket no. 24).

　　　　IT IS SO ORDERED.

DATED: June 11, 2007

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYRICK,<br><br>        Plaintiff,<br><br>  v.<br><br>NEWLAND et al,<br><br>        Defendant.<br>_____/ | Case Number: CV03-05623 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Catherine Amy Rivlin
California Attorney General
Criminal Appeals, Writs & Trials
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Timothy Wyrick
K-76270
P.O. Box 4000
Vacaville, CA 95696

Dated: June 11, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk